

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

February 19, 2021

DAVID BLOOM
DIRECT: 914.449.1085
DBLOOM@KBRLAW.COM

VIA EMAIL
jmerson@mersonlaw.com
ccarlo@mersonlaw.com

Merson Law, PLLC
Attorney(s) for Plaintiff
150 East 58th Street, 34th Floor
New York, NY 10155

Re:   John Doe v. Woods Services, Inc., et al.
      Case No.:       20-cv-06129-WFK-RER
      Our File No.:   508.583

Counselors:

As you know, this office represents the defendants, Woods Services, Inc., and as successor by merger to the former Crestwood Services, Inc. in the above-referenced matter.   Enclosed herewith please find the defendants' Notice of Motion, the Declaration of David Bloom, Esq. with Exhibit "A", the Declaration of Simon Kimmelman, and the accompanying Memorandum of Law dated February 19, 2019, submitted in support of defendants' motion to dismiss.

In accordance with the Court's directives, the moving defendants will electronically file the within motion once it is fully briefed.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

David Bloom (DB1918)

Encl.

Page 2

cc:     <u>VIA ECF</u>
        Judge William F. Kuntz, II
        United States District Court for the Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201

## David Bloom

| | |
|---|---|
| **From:** | David Bloom |
| **Sent:** | Friday, February 19, 2021 10:24 AM |
| **To:** | 'jmerson@mersonlaw.com'; 'ccarlo@mersonlaw.com'; 'scantos@mersonlaw.com' |
| **Cc:** | Steven D. Weiner; Christina N. Langella |
| **Subject:** | Doe v. Woods Services, Inc., EDNY Case No. 20-cv-06129-WFK-RER -- motion to dismiss |
| **Attachments:** | cvr ltr to TT with motion papers 2.19.21.pdf; Doe v. Woods Notice of Motion to dismiss 2.19.21.pdf; DB Declaration in support 2.19.21.pdf; Simon Kimmelman Declaration in support of MTD.PDF; Doe v. Woods Memorandum of Law in support MTD.PDF |

Counselors:

Attached please find defendants' motion to dismiss. As per our cover letter and in accordance with the judge's directives, our papers will be filed on ECF once the motion is fully briefed.

Regards,
David

David Bloom   |   **KAUFMAN BORGEEST & RYAN LLP**
200 Summit Lake Drive   |   Valhalla, NY 10595
direct: 914.449.1085   |   fax: 914.449.1100
vcard   |   email   |   website